IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESUS CAMACHO, surviving Spouse of Stacey Camacho, and LeJEAN NICHOLS, as Administratrix of the Estate of Stacey Camacho,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-03111-AT |

## DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S NOTICE OF WITHDRAWAL OF AFFIRMATIVE DEFENSES

COMES NOW Nationwide Mutual Insurance Company (hereinafter "Nationwide"), defendant in the above-captioned action, and files this Notice of Withdrawal of Affirmative Defenses.

Defendant Nationwide hereby withdraws its defenses that Plaintiffs' Complaint may be barred by the doctrines of res judicata, collateral estoppel, accord and satisfaction and failure of consideration.

All other defenses not expressly withdrawn as delineated above are sustained.

This 31st day of January, 2012.

> Respectfully submitted,
>
> THOMAS KENNEDY SAMPSON & TOMPKINS LLP
>
> /s/Shukura L. Ingram
> JEFFREY E. TOMPKINS
> Georgia Bar No. 714608
> SHUKURA L. INGRAM
> Georgia Bar No. 383498
> Attorneys for Defendant
> Nationwide Mutual Insurance Company

3355 Main Street
Atlanta, GA 30337
(404) 688-4503 Telephone
(404) 684-9515 Telecopier

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESUS CAMACHO, surviving Spouse of Stacey Camacho, and LeJEAN NICHOLS, as Administratrix of the Estate of Stacey Camacho,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-03111-AT |

## CERTIFICATE

Pursuant to L.R.7.1D, this certifies that this document was prepared using the New Times Roman font in 14 point. These font and point selections are approved by L.R.5.1B.

The undersigned further hereby certifies that a true and correct copy of the foregoing **Defendant Nationwide Mutual Insurance Company's Notice of Withdrawal of Affirmative Defenses** was served this day with the Clerk of the Court for the Northern District of Georgia using the CM/ECF system which will

3

automatically send e-mail notification of such filing to the Plaintiff's counsel of record:

>Darrell W. Hinson, Esq.
>SWOPE, RODANTE P.A.
>191 Peachtree Street
>Suite 3300
>Atlanta, Georgia 30303

This 31st day of January, 2012.

>Respectfully submitted,
>
>THOMAS KENNEDY SAMPSON & TOMPKINS LLP
>
>/s/Shukura L. Ingram
>JEFFREY E. TOMPKINS
>Georgia Bar No. 714608
>SHUKURA L. INGRAM
>Georgia Bar No. 383498
>Attorneys for Defendant
>Nationwide Mutual Insurance Company

3355 Main Street
Atlanta, GA 30337
(404) 688-4503 Telephone
(404) 684-9515 Telecopier