# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cv-03111-AT
### Camacho et al v. Nationwide Mutual Insurance Company
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 8/28/2015.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 5:34 P.M.   COURT REPORTER: Elise Evans
TIME IN COURT: 1:34   DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Robert Darroch representing Nationwide Mutual Insurance Company
Richard Dolder representing Jesus Camacho
Richard Dolder representing LeJean Nichols
Stephanie Glickauf representing Nationwide Mutual Insurance Company
Darrell Hinson representing Jesus Camacho
Darrell Hinson representing LeJean Nichols
James Sadd representing Jesus Camacho
James Sadd representing LeJean Nichols

PROCEEDING CATEGORY: Pretrial Conference;

MOTIONS RULED ON:
[138]Motion in Limine GRANTED IN PART & DENIED IN PART & TAKEN UNDER ADVISEMENT IN PART
[144]Motion in Limine DENIED IN PART & DEFERRED IN PART

MINUTE TEXT: Defendant will inform the Court on Monday, August 31 whether or not its Motion in Limine # 20 is withdrawn or not.